## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JENNIFER ARMERR and<br>JASON LENZINI,<br><br>   Plaintiff,<br><br>v.<br><br>SUPERIOR STAR, LLC and<br>STARCORP, LLC<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 3:24-cv-02476 |

**MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE ANSWER**

Defendant Starcorp, LLC, by and through undersigned counsel, hereby moves for an extension of twenty days, in which to file their Answer in this case. Plaintiff's counsel does not oppose this request for Extension of Time.

Respectfully Submitted,

DANNA MCKITRICK, P.C.

BY:   */s/ David R. Bohm*
David R. Bohm, #35166
7701 Forsyth Blvd., Suite 1200
St. Louis, MO  63105-3907
(314) 726-1000 / (314) 725-6592 fax
E-Mail:  dbohm@dmfirm.com
*Attorneys for Defendant Starcorp, LLC*

## **CERTIFICATE OF SERVICE**

   The undersigned does hereby certify that I caused true and correct copies of the foregoing document to be served upon the parties receiving notice through the Court's ECF system by filing with the Court's ECF system on this 4th day of February 2025.

                      */s/ David R. Bohm*

4912-8266-5238, v. 1