IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER ARMER and JASON LENZINI, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SUPERIOR STAR, LLC and STARCORP, LLC,<br><br>　　　　Defendants. | Case No. 24-CV-02476-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

　　**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 4, 2025 (Doc. 36), Plaintiffs' individual claims against Defendants are **DISMISSED with prejudice** and without costs. Additionally, Plaintiffs' class claims against Defendants are **DISMISSED without prejudice** and without costs.

**DATED: November 4, 2025**

　　　　　　　　　　　　　　　　　　　　MONICA A. STUMP,
　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　**By:** *s/ Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
　　　　　　　STEPHEN P. MCGLYNN
　　　　　　　U.S. District Judge